1
2
3
4
5
6
7
8                 **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, | Case No. SACV 13-0435 JLS(RNBx) [Assigned to the Honorable Josephine L. Staton] **JUDGMENT** |
|         Plaintiffs, | |
|    vs. | |
| HOWARD SYSTEMS, INC., a California corporation, | |
|         Defendant. | |

/ / /

/ / /

/ / /

Upon application by plaintiffs herein for a default judgment pursuant to Fed. R. Civ. P. 55(b), and it appearing to the Court that the default of defendant Howard Systems, Inc., a California corporation, was entered on April 19, 2013, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund and the Los Angeles Electrical Workers Credit Union shall recover from defendant Howard Systems, Inc., a California corporation, the principal amount of $58,102.79, plus attorneys' fees of $12,393.00, costs of suit of $459.00 and post-judgment interest at the statutory rates provided in 28 U.S.C. § 1961.

Date: December 18, 2013

_____
UNITED STATES DISTRICT JUDGE

Judgment